■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX BLACK, Appellant. [609 NYS2d 468] —Judgment unanimously reversed on the law and new trial granted. Memorandum: The People concede that defendant was not present when the trial court conducted an in-chambers *Sandoval* hearing. After that hearing, the court permitted the prosecutor to question defendant concerning the act underlying a prior robbery charge. Because his presence at that hearing would not have been superfluous *(see, People v Odiat,* 82 NY2d 872; *People v Favor,* 82 NY2d 254, 267; *People v Dokes,* 79 NY2d 656, 661), defendant was denied the right to be present at a material stage of the trial and a new trial is required *(People v Dokes, supra).* Under the circumstances, we do not reach the remaining issue raised by defendant. (Appeal from Judgment of Monroe County Court, Egan, J.—Murder, 2nd Degree.) Present—Green, J. P., Balio, Lawton, Doerr and Boehm, JJ.